1

2

3

4

5

6

7

8    **UNITED STATES DISTRICT COURT**

9    **CENTRAL DISTRICT OF CALIFORNIA**

10   **WESTERN DIVISION**

11   MICHAEL J. MARKS,                    )    No. CV 07-5143-SJO (AGR)
                                           )
12                  Petitioner,            )
                                           )
13        v.                               )    ORDER ADOPTING MAGISTRATE
                                           )    JUDGE'S REPORT AND
14   TOM FELKER, et al.,                   )    RECOMMENDATION
                                           )
15                  Respondent.            )
                                           )
16   _____)

17        Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire file <u>de novo</u>,

18   including the Petition, the Magistrate Judge's Report and Recommendation, the

19   Objections to the Report and Recommendation, and all records in the file.  Having

20   made a <u>de novo</u> determination, the Court agrees with the recommendation of the

21   Magistrate Judge.

22        IT IS ORDERED that Judgment be entered denying the Petition and dismissing

23   this action with prejudice.

24

25   DATED:  March 30, 2010

26                                              S. JAMES OTERO
                                                UNITED STATES DISTRICT JUDGE

27

28