UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| MICHAEL J. MARKS, | ) | No. CV 07-5143-SJO (AGR) |
| Petitioner, | ) | |
| | ) | **JUDGMENT** |
| v. | ) | |
| TOM FELKER, et al., | ) | |
| Respondent. | ) | |

Pursuant to the order adopting the magistrate judge's report and recommendation,

IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: March 30, 2010

_____
S. JAMES OTERO
UNITED STATES DISTRICT JUDGE